# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 14, 2023

Mr. Daniel J. Cragg
ECKLAND & BLANDO
800 Lumber Exchange
10 S. Fifth Street
Minneapolis, MN  55402

RE: 23-3512  Dr. Tara Gustilo v. Hennepin Healthcare System, Inc.

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

MMH

Enclosure(s)

cc:    Clerk, U.S. District Court, District of Minnesota
      Ms. Carla Bebault
      Mr. James Dickey
      Mr. Matthew S. Frantzen
      Ms. Katlyn Lynch
      Ms. Kristine Mousseau
      Mr. Douglas Seaton
      Ms. Anne St. Amant

District Court/Agency Case Number(s): 0:22-cv-00352-SRN

**Caption For Case Number:   23-3512**

Dr. Tara Gustilo, M.D.

        Plaintiff - Appellant

v.

Hennepin Healthcare System, Inc.

        Defendant - Appellee

**Addresses For Case Participants:   23-3512**

Mr. Daniel J. Cragg
Ms. Anne St. Amant
ECKLAND & BLANDO
800 Lumber Exchange
10 S. Fifth Street
Minneapolis, MN  55402

Ms. Carla Bebault
WARREN E. BURGER FEDERAL BUILDING
316 N. Robert Street
Saint Paul, MN  55101

Clerk, U.S. District Court, District of Minnesota
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415

Mr. Douglas Seaton
Mr. James Dickey
UPPER MIDWEST LAW CENTER
Suite 300
8421 Wayzata Boulevard
Golden Valley, MN  55426

Ms. Katlyn Lynch
Mr. Matthew S. Frantzen
HENNEPIN COUNTY ATTORNEY'S OFFICE
Civil Division
Government Center, C-2000
300 S. Sixth Street
Minneapolis, MN  55487

Ms. Kristine Mousseau
U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-1320